IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01019-PAB-BNB

TELITHA PETERSON-HOOKS,

Plaintiff,

v.

FIRST INTEGRAL RECOVERY, LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Modify the Court's May 3, 2012 Order** [docket no. 8, filed June 27, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for July 18, 2012, is **vacated and reset to August 31, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **August 24, 2012**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  June 28, 2012