IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01019-PAB-BNB

TELITHA PETERSON-HOOKS,

Plaintiff,

v.

FIRST INTEGRAL RECOVERY, LLC,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Plaintiff's Notice of Withdrawal of Motion [11] for Leave to Appear by Telephone for Initial Case Management Conference Set for July 18, 2012** [docket no. 12, filed June 29, 2012] (the "Motion").

　　IT IS ORDERED that the Notice of Withdrawal of Motion [12] is GRANTED and the Motion for Leave to Appear by Telephone for Initial Case Management Conference [11] is DENIED as moot.

DATED:  July 2, 2012