IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01019-PAB-BNB

TELITHA PETERSON-HOOKS,

Plaintiff,

v.

FIRST INTEGRAL RECOVERY, LLC,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Motion for Leave to Appear by Telephone for Initial Case Management Conference Set for August 31, 2012** [docket no. 15, filed July 3, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and plaintiff may appear telephonically by calling Chambers on **August 31, 2012, at 8:30 a.m., Mountain Daylight Time**, at **303/844-6408**.

DATED:  July 5, 2012