IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01019-PAB-BNB

TELITHA PETERSON-HOOKS,

Plaintiff,

v.

FIRST INTEGRAL RECOVERY, LLC,

Defendant.

---

## ORDER
---

The Clerk of the Court entered a default against the defendant pursuant to Fed. R. Civ. P. 55(a) on September 19, 2012. Nothing has occurred in the case since then.

IT IS ORDERED that the plaintiff shall seek the entry of a default judgment pursuant to Fed. R. Civ. P. 55(b)(2), if at all, on or before **November 8, 2012**.

Dated October 25, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge